

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CESAR SAVIEL SALINAS-TINOCO, | § | No. 08-13-00310-CR |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | Criminal District Court No. 7 |
| | § | |
| THE STATE OF TEXAS, | § | of Dallas, Texas |
| | § | |
| Appellee. | § | (TC# F12-22231-Y) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF APRIL, 2016.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.